## ANDERSON v. TODD SHIPYARD CORPORATION.

District Court, S. D. New York.
Oct. 31, 1945.

Ralph H. Miller, of Brooklyn, N. Y. (Jacob Rassner, of New York City, of counsel), for plaintiff.

Caverly, Dimond, Barton & Dwyer, of New York City (Andrew M. Lawler, of New York City, of counsel), for defendant.

MOSCOWITZ, District Judge.

The plaintiff challenged for cause any prospective jurors who are interested by way of employment or otherwise with any insurance company. A juror employed by the insurance company which covered the defendant in the accident in suit would be disqualified from serving as a juror. An examination of the jurors disclosed that one of them is connected with an insurance company which insures against liability for accidents. That does not disqualify him as a juror in an accident case not covered by his employer. The juror was examined by the Court; he stated that he had no prejudice or bias and that he would be a fair and impartial juror; that he had no preconceived opinion as to who was entitled to recover; that he did not know the parties or their attorneys. Certainly the examination of this juror would not indicate any just cause for challenge.

Challenge for cause is properly overruled.